LEWIS EISNER, Respondent, *v.* CHARLES E. JOHNSON, Appellant.

*Eisner* v. *Johnson*, 124 App. Div. 904, affirmed.
(Argued March 25, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered January 28, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages to personal property alleged to have been caused by defendant's negligence in running an automobile.

*Rogers H. Bacon* for appellant.

*Charles Morschauser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.